# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 24-50721

Computer & Communications vs. Paxton
(Short Title)

The Clerk will enter my appearance as Counsel for Ken Paxton, Attorney General for the State of Texas

(Please list names of all parties represented, attach additional pages if necessary.)
**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Eric Abels   —   eric.abels@oag.texas.gov
(Signature)   (e-mail address)

Eric Abels   —   TX/24136687
(Type or print name)   (State/Bar No.)

Assistant Attorney General
(Title, if any)

Office of the Texas Attorney General
(Firm or Organization)

Address: P.O. Box 2548 (MC-059)
City & State: Austin, Texas   Zip: 78711-2548
Primary Tel. 512-936-1700   Cell Phone: ____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Aaron L. Nielson

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?   ☐ Yes   ☑ No
(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?   ☑ Yes   ☐ No
(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?   ☑ Yes   ☐ No
(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case: preliminary injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Students Engaged in Advancing Texas v. Paxton, No. 1:24-cv-00945-RP.
This is a challenge (and request for PI) to the same law brought by different plaintiffs.

Name of Court or Agency: Western District of Texas
Status of Appeal (if any): N/A
Other Status (if not appealed): Opp. to motion for preliminary injunction filed on 09/12/2024

**NOTE:** Attach sheet to give further details.   DKT-5A REVISED June 2023