Nos. 24-50721 & 25-50096

# In the United States Court of Appeals for the Fifth Circuit

Computer & Communications Industry Association; NetChoice, L.L.C.,

*Plaintiffs–Appellees*,

*v.*

Ken Paxton, Attorney General, State of Texas,

*Defendant–Appellant.*

*consolidated with*

Students Engaged in Advancing Texas; M.F., by and through next friend, Vanessa Fernandez; Ampersand Group, L.L.C.; Brandon Closson,

*Plaintiffs–Appellees*,

*v.*

Ken Paxton, Attorney General, State of Texas,

*Defendant–Appellant.*

On Appeals from the United States District Court
for the Western District of Texas, Austin Division
Case Nos. 1:24-cv-849 & 1:24-cv-945

## UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REHEARING PETITIONS

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellant and Plaintiffs–Appellees Students Engaged in Advancing Texas, M.F., by and through next friend, Vanessa Fernandez, Ampersand Group,

L.L.C., and Brandon Closson (collectively, SEAT) file this joint unopposed motion for a 21-day extension of time to file any rehearing petitions, to and including August 28, 2026. Plaintiffs–Appellees Computer & Communications Industry Association and NetChoice, L.L.C., do not oppose this motion.

In support thereof, Appellant and SEAT respectfully show the Court as follows:

1. Any rehearing petition is currently due August 7, 2026. Appellant and SEAT seek a 21-day extension of this time, to and including August 28, 2026, in which to file any such petitions. This is the moving parties' first request for an extension of time for any rehearing petitions, and it is unopposed.

2. This extension is necessary for several reasons.

3. *First*, this complicated appeal, which was argued in November 2025, involves two consolidated litigations, multiple legal issues, a mixed decision by the Court, and a partial dissent from that mixed decision. Thus, the moving parties need to carefully consider whether to seek rehearing.

4. *Second*, counsel for both movants have other pending court obligations that will require significant time and attention:

5. For counsel for Appellant, these include:

- An opening brief on the merits in *Guerrero v. Johnson*, No. 25-1003, due to be filed in the Supreme Court of the United States on July 30, 2026.
- A reply brief in *American Sustainable v. Hancock*, No. 26-50111, due to be filed in this Court on August 6, 2026.

- A reply brief in *Texas Southern University v. Adams*, No. 15-26-00080-CV, due to be filed in Texas's Fifteenth Court of Appeals on August 6, 2026.

6. For counsel for SEAT, these include:

- Oral argument before this Court in *Students Engaged in Advancing Texas v. Paxton*, Nos. 25-50173, 26-5001, on August 4, 2026.
- A reply brief in *American Electric Power Serv. Corp. v. FERC*, No. 24-1361, due to be filed in the D.C. Circuit on August 3, 2026.
- An opening brief in *Washington Department of Health v. The GEO Group*, Nos. 26-4450, 26-4454, due to be filed in the 9th Circuit on August 11, 2026.
- An *en banc* oral argument before the 10th Circuit in *National Association of Industrial Bankers v. Weiser*, No. 24-1293, on August 18, 2026.

7. These obligations limit undersigned counsel's ability to review the majority opinion and dissent for potential rehearing arguments by the current deadline.

8. Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring adequate time to prepare and file any potential rehearing petitions in this consolidated action.

9. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

10. For the foregoing reasons, Appellant and SEAT respectfully request that the Court grant this motion for a 21-day extension of time to file any rehearing petition, to and including August 28, 2026.

Respectfully submitted.


KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

WILLIAM R. PETERSON
Solicitor General

/s/ Cameron Fraser
CAMERON FRASER
Assistant Solicitor General
Cameron.Fraser@oag.texas.gov


*Counsel for Defendant–Appellant*


/s/ David M. Gossett
DAVID M. GOSSETT
CHELSEA T. KELLY
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005

ADAM S. SIEFF
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Ave., 27th Floor
Los Angeles, CA 90071

ROBERT CORN-REVERE
JT MORRIS
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
bob.corn-revere@thefire.org
(215) 717-3473

AMBIKA KUMAR
CAESAR KALINOWSKI IV
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104


*Counsel for Appellees Students Engaged In Advancing Texas, et al.*

Date: July 30, 2026

## Certificate of Conference

On July 27, 2026, counsel for Appellant conferred with counsel for Plaintiffs–Appellees. Counsel for SEAT indicated interest in filing a joint motion, and counsel for the Netchoice/CCIA plaintiffs indicated that they do not oppose this motion.

/s/ Cameron Fraser
Cameron Fraser

## Certificate of Service

On July 30, 2026, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Cameron Fraser
Cameron Fraser

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 511 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Cameron Fraser
Cameron Fraser