# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 04, 2026

Mr. Benjamin Wallace Mendelson
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

No. 24-50721 Computer & Comm v. Paxton
USDC No. 1:24-CV-849
USDC No. 1:24-CV-945

Dear Mr. Mendelson,

We have filed your Petition for Rehearing En Banc. However, it has the following deficiency. Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

The rehearing is missing:

Statement of the facts (En Banc) 5th Cir. R. 40.2.2.6

Once you have prepared your sufficient rehearing, you must email it to: **renee_mcdonough@ca5.uscourts.gov** for review. If the rehearing is in compliance, you will receive a notice of docket activity advising you that the sufficient rehearing has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Robert Corn-Revere
Ms. Rachel Craft
Mr. Todd A. Dickerson
Ms. Vera Eidelman
Mr. Kevin A. Golembiewski
Mr. David Morris Gossett
Mr. David A. Greene
Mr. Caesar D. Kalinowski
Ms. Chelsea Teresa Kelly
Ms. Ambika Kumar
Mr. Steven Paul Lehotsky
Mr. Jeremy Evan Maltz

Mr. Sean Michael Marotta
Mr. Joshua Paul Morrow
Mr. Adam Sieff
Mr. Jonathan Sink
Mr. Benjamin Stark Softness
Ms. Anne M. Voigts