# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**


**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


September 14, 2026

Mr. Robert Corn-Revere
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. David Morris Gossett
Davis Wright Tremaine, L.L.P.
1301 K Street, N.W.
Suite 500 East
Washington, DC 20005

Mr. Caesar D. Kalinowski
Davis Wright Tremaine, L.L.P.
920 5th Avenue
Suite 3300
Seattle, WA 98104-1610

Ms. Chelsea Teresa Kelly
Davis Wright Tremaine, L.L.P.
1251 Avenue of the Americas
New York, NY 10020

Ms. Ambika Kumar
Davis Wright Tremaine, L.L.P.
920 5th Avenue
Suite 3300
Seattle, WA 98104-1610

Mr. Steven Paul Lehotsky
Lehotsky Cohn, L.L.P.
200 Massachusetts Avenue, N.W.
Suite 700
Washington, DC 20001

Mr. Jeremy Evan Maltz
Lehotsky Cohn, L.L.P.
200 Massachusetts Avenue, N.W.
Suite 700
Washington, DC 20001

Mr. Joshua Paul Morrow
Lehotsky Cohn, L.L.P.
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Mr. Adam Sieff
Davis, Wright & Tremaine, L.L.P.
350 S. Grand Avenue
27th Floor
Los Angeles, CA 90071

Consolidated Nos. 24-50721 & 25-50096
Computer & Comm v. Paxton
USDC No. 1:24-CV-849
USDC No. 1:24-CV-945

Dear Counsel:

This letter will serve to confirm that the court has requested a response to the Appellant's Petition for rehearing en banc to be filed in this office on or before September 24, 2026.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
Ms. Rachel Craft
Mr. Todd A. Dickerson
Ms. Vera Eidelman
Mr. Kevin A. Golembiewski
Mr. David A. Greene
Mr. Sean Michael Marotta
Mr. Benjamin Wallace Mendelson
Mr. Jonathan Sink
Mr. Benjamin Stark Softness
Ms. Anne M. Voigts