# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 28, 2026
Thomas B. Plunkett, III
Clerk

---

No. 24-50721

---

Computer & Communications Industry Association; NetChoice, L.L.C.,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, *Attorney General, State of Texas*,

*Defendant—Appellant*,

consolidated with

---

No. 25-50096

---

Students Engaged in Advancing Texas; M.F., by and through next friend, Vanessa Fernandez; Ampersand Group, L.L.C.; Brandon Closson,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, *Attorney General, State of Texas*,

*Defendant—Appellant*.

---

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 1:24-CV-849, 1:24-CV-945

---

ON PETITION FOR REHEARING EN BANC

(Opinion July 24, 2026, 5 Cir., 2026, 184 F.4th 420)

Before Elrod, *Chief Judge*, and Jones, Smith, Stewart, Richman, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated July 24, 2026, is VACATED.